IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**JUSTIN EARL WILSON,**<br>a/k/a Justice Earl Wilson a/k/a Juice,<br><br>*Defendant.* | SEALED<br><br>Case No. CR 23-088 RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### DISTRIBUTION OF METHAMPHETAMINE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

On or about December 17, 2021, within the Eastern District of Oklahoma, the defendant, **JUSTIN EARL WILSON, a/k/a Justice Earl Wilson a/k/a Juice**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

### DISTRIBUTION OF METHAMPHETAMINE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

On or about January 7, 2022, within the Eastern District of Oklahoma, the defendant, **JUSTIN EARL WILSON, a/k/a Justice Earl Wilson a/k/a Juice**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

### DISTRIBUTION OF METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

On or about January 28, 2022, within the Eastern District of Oklahoma, the defendant, **JUSTIN EARL WILSON, a/k/a Justice Earl Wilson a/k/a Juice**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

### DISTRIBUTION OF METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

On or about March 4, 2022, within the Eastern District of Oklahoma, the defendant, **JUSTIN EARL WILSON, a/k/a Justice Earl Wilson a/k/a Juice**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

### DISTRIBUTION OF METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

On or about March 24, 2022, within the Eastern District of Oklahoma, the defendant, **JUSTIN EARL WILSON, a/k/a Justice Earl Wilson a/k/a Juice**, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION
[21 U.S.C. § 853]

The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of the violations charged in Counts One through Five of this Indictment involving violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), the defendant, **JUSTIN EARL WILSON, a/k/a Justice Earl Wilson a/k/a Juice**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offenses, and any in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including, but not limited to an asset forfeiture money judgment in the amount of illegal drug distribution proceeds obtained by the defendant.

TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

*/s/ Burpy Deen for*
Richard J. Lorenz, PA Bar No. 314423
Assistant United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY